UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

**DAVID ZEHNER,**

                                **Plaintiff,**

                **-v-**                                        **5:11-CV-1202 (NAM/DEP)**

**THE BOARD OF EDUCATION (the "Board") OF THE
JORDAN-ELBRIDGE CENTRAL SCHOOL DISTRICT
(the "District") and MARY L. ALLEY, DIANA FOOTE,
JEANNE PIEKLIK, CONNIE DRAKE, PENNY L.
FEENEY, LAWRENCE J. ZACHER, DANNY LOUIS
MEVEC, and JAMES R. FROIO, individually,**

                                **Defendants.**

✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

APPEARANCES:

O'Hara, O'Connell & Ciotoli
Dennis G. O'Hara, Esq, of counsel
Stephen Ciotoli, Esq., of counsel
7207 East Genesee Street
Fayetteville, New York 13066
Attorneys for Plaintiff

Office of Frank W. Miller
Bryan N. Georgiady, Esq., of counsel
Charles C. Spagnoli, Esq., of counsel
Frank W. Miller, Esq., of counsel
6575 Kirkville Road
East Syracuse, New York 13057
Attorneys for Defendants Board of Education of the
Jordan-Elbridge Central School District, Mary L. Alley,
Diana Foote, Jeanne Pieklik, Connie Drake, Penny L.
Feeney, and James R. Froio ("District defendants")

Office of D. Jeffrey Gosch
D. Jeffrey Gosch, Esq., of counsel
120 East Washington Street, Suite 731
Syracuse, New York 13202
and
Burke, Scolamiero Law Firm
Thomas J. Mortati, Esq., of counsel
Judith B. Aumand, Esq., of counsel
Sharon Siegel, Esq., of counsel

7 Washington Square
Albany, New York 12212
Attorneys for Defendant Lawrence J. Zacher

Danny Louis Mevec
c/o Mevec Law Firm, PLLC
206 North Townsend Street
Syracuse, New York 13203
Defendant Danny Louis Mevec, *pro se*

**Hon. Norman A. Mordue, Senior U.S. District Judge:**

**MEMORANDUM-DECISION AND ORDER**

In this Memorandum-Decision and Order the Court addresses the following motions: Dkt. Nos. 198, 200, and 202. Plaintiff's motion (Dkt. No. 198) for an adjustment in scheduling dates for responses to his motion to strike (Dkt. No. 196) and cross motion for summary judgment (Dkt. No. 197) is granted and the briefing schedule is adjusted as set forth below.

The District defendants' motion (Dkt. No. 200) is granted; the page limit of the District defendants' reply/opposition brief is extended to 35 pages; the return date for the motions and cross motion is reset to January 7, 2015; and the deadline for filing reply/opposition papers is reset to December 29, 2014. The District defendants' request to submit a separate opposition to plaintiff's motion to strike is granted.

Lawrence J. Zacher's motion (Dkt. No. 202) is granted; the page limit of Zacher's reply/opposition brief is extended to 35 pages; the return date for the motions and cross motion is reset to January 7, 2015; and the deadline for filing reply/opposition papers is reset to December 29, 2014.

In view of the generous extension of time, no further adjournments will be granted.

It is therefore

ORDERED that plaintiff's motion (Dkt. No. 198) is granted; and it is further

ORDERED that the District defendants' motion (Dkt. No. 200) is granted; and it is further

ORDERED that Lawrence J. Zacher's motion (Dkt. No. 202) is granted; and it is further

ORDERED that the return date for the motions and cross motion (Dkt. Nos. 162, 164, 172, 196, and 197) is reset to January 7, 2015; and it is further

ORDERED that the due date for filing reply/opposition papers by all defendants (including Danny Louis Mevec) is reset to December 29, 2014; and it is further

ORDERED that the District defendants and defendant Lawrence J. Zacher may file reply/opposition briefs up to 35 pages; and it is further

ORDERED that the Clerk of the Court is directed to serve copies of this Memorandum-Decision and Order in accordance with the Local Rules of the Northern District of New York.

IT IS SO ORDERED.

Date:  November 7, 2014
       Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge