

**O'HARA, O'CONNELL & CIOTOLI**
ATTORNEYS AND COUNSELORS AT LAW

Stephen Ciotoli, Esq.
Office: (315) 451-3810
Fax: (315) 451-5585
Email: sdc@oharalaw.com

7207 EAST GENESEE STREET • FAYETTEVILLE, NEW YORK 13066-1262

December 14, 2017

*(Via Electronic Filing and Regular Mail to Dan Mevec)*

Honorable Norman A. Mordue
United States District Court
Northern District of New York
100 South Clinton Street
Syracuse, New York 13261

Re: David Zehner v. Board of Education
of the Jordan-Elbridge CSD, et. al.
Civil Case No.: 5:11-cv-1202
Our File: 13204.0008

Dear Judge Mordue:

As Your Honor is aware we represent David Zehner in the above-referenced matter. As per the electronically filed Notice on November 29, 2017, please be advised we signed the Notice, Consent and Reference of a Civil Action to a Magistrate Judge and forwarded same to opposing counsel for review and consent. We received a letter from Mr. Charles Spagnoli, dated December 7, 2017, on behalf of the District defendants, which is enclosed herein, advising that after careful consideration with his clients and the insurance carrier, they will not so consent. Therefore, we will not be able to proceed before the Magistrate Judge in this matter.

We appreciate Your Honor's time and consideration in this matter and the recommendation to proceed before the Judge Magistrate. If the Court has any further guidance or instructions regarding this matter and how to move it forward, then we would appreciate that also.

Very truly yours,

O'HARA, O'CONNELL & CIOTOLI

By: Stephen Ciotoli

SC/mas

Enclosure

cc: Dan Mevec, Esq.
Charles C. Spagnoli, Esq.
Jeffrey Hurd, Esq.

W0307188.1

# THE LAW FIRM OF FRANK W. MILLER

*Attorneys and Counselors at Law*
6575 Kirkville Road
East Syracuse, New York 13057
Telephone: (315) 234-9900
Fax: (315) 234-9908
cspagnoli@fwmillerlawfirm.com

Frank W. Miller

Charles C. Spagnoli
John Patrick Powers

December 7, 2017

Stephen Ciotoli, Esq.
O'Hara, O'Connell & Ciotoli
7207 East Genesee Street
Fayetteville, New York 13066-1262

    Re: Zehner v. Jordan Elbridge CSD, et al.
         Civil Action No.: 5:11-cv-1202

Dear Steve:

We are in receipt of your letter dated December 6, 2017, requesting that we execute a consent to the exercise of jurisdiction by the magistrate judge in this matter. After careful consulation with our clients and the insurance company, we advise that we will not so consent.

I hope you and yours have a happy holiday season.

                        Sincerely,

                THE LAW FIRM OF FRANK W. MILLER

                     Charles C. Spagnoli

cc:   Jeffrey Hurd, Esq.
       Dan Mevec, Esq.
       James Froio, Superintendent of Schools