# THE LAW FIRM OF FRANK W. MILLER

*Attorneys and Counselors at Law*

6575 Kirkville Road
East Syracuse, New York 13057
Telephone:  (315) 234-9900
Fax:  (315) 234-9908
cspagnoli@fwmillerlawfirm.com

Frank W. Miller
_____

Charles C. Spagnoli
John Patrick Powers

September 14, 2018

*Via electronic filing*

Hon. Norman A. Mordue
Hon. David E. Peebles
United States District Court
Northern District of New York
100 South Clinton Street
Syracuse, New York 13261

        Re:  Zehner v. Jordan Elbridge CSD, et al.
            Civil Action No.:  5:11-cv-1202

Dear Judges Mordue and Peebles:

    As you know, we are counsel for the District Defendants in this matter.  We write to advise the Court that counsel for the Plaintiff, Steve Ciotoli, Esq., has notified us that he will be using a new e-mail address in the near future for receipt of notifications from the Court's ECF system.  As a result of the transition it is possible that his receipt of notifications may be delayed or intermittent during approximately the next week.  We are therefore submitting this for the Court's information, with Mr. Ciotoli's agreement, as a courtesy to Mr. Ciotoli.

    Respectfully submitted,

**THE LAW FIRM OF FRANK W. MILLER**

s/Charles C. Spagnoli
Bar Roll No. 507694

Cc:    Thomas J. Mortati, Esq. (via electronic filing)
        Dan Mevec, Esq.
        Stephen Ciotoli, Esq. (via electronic filing)